No. 87–561. INSURANCE COMPANY OF NORTH AMERICA *v.* GLOBE TANKERS ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–568. LOESCH *v.* HECK. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 87–569. DAVIS *v.* EXXON CORP. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 87–572. FLORIDA ET AL. *v.* COLEMAN ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 87–574. DECINTIO *v.* WESTCHESTER COUNTY MEDICAL CENTER ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–575. MORSE ET AL. *v.* THE DAILY PRESS, INC. C. A. 4th Cir. Certiorari denied.

No. 87–587. SCOTT, DIRECTOR, ARKANSAS DEPARTMENT OF HUMAN SERVICES, ET AL. *v.* DRAKE. C. A. 8th Cir. Certiorari denied.

No. 87–594. LOVELACE *v.* ACME MARKETS, INC. C. A. 3d Cir. Certiorari denied.

No. 87–623. HENSLEY *v.* STANLEY ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–667. SMITH *v.* UNITED STATES MERIT SYSTEMS PROTECTION BOARD, OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 87–688. ZEMSKY *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–749. PEACOCK *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 87–5039. MOORE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–5137. MCCULLUM *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.